## CABRALES *v.* EL REGISTRADOR DE LA PROPIEDAD.

No. 3.   Resuelto en Febrero 9, 1905.

Resuelto por los propios fundamentos de la Opinión emitida en el caso No. 13 de *El Pueblo de Puerto Rico* v. *El Registrador de la Propiedad,* pág. 8.

### EXPOSICIÓN DEL CASO.

Visto el presente recurso gubernativo interpuesto á nombre de Don José Aparicio Cabrales contra negativa del Registrador de la Propiedad de Ponce á inscribir una certificación expedida por el sub-colector de Rentas de Adjuntas sobre venta de una finca rústica rematada para el pago de contribuciones.

*Resultando* que seguido por el Sub-Colector de Rentas de Adjuntas expediente de apremio contra José Ma. González como deudor de contribuciones atrasadas, se le embargó una finca rústica radicada en el barrio de Juan González, término municipal de Adjuntas, la que se sacó á pública subasta y se le adjudicó á D. José Aparicio Cabrales como mejor postor: y que presentada al Registrador para su inscripción la certificación expedida á favor de Cabrales le fué denegada por el Registrador, por no resultar inscrita la finca á favor del deudor, ni de ninguna otra persona, según nota puesta al dorso de la certificación de referencia.

*Resultando* que notificada dicha nota á la parte interesada, elevó el Registrador la certificación del Sub-Colector á esta Corte Suprema para su resolución, reproduciendo el informe que había emitido antes en los casos de Martín Vargas, Rafael Bermejo y Mariana Colón.

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la Opinión del Tribunal.

Por los fundamentos de la resolución dictada por esta Corte Suprema en 25 de Enero último, en el recurso gubernativo interpuesto á nombre del "Pueblo de Puerto Rico" contra negativa del Registrador de la Propiedad de Ponce á inscribir las certificaciones de venta de tres solares rematados para el pago de contribuciones atrasadas, y que es de perfecta aplicación al presente caso.

Se confirma la nota denegatoria puesta por el Registrador de la Propiedad de Ponce al pie de la certificación de que se trata en el presente recurso, y con copia de la citada resolución, de la que también se pondrá copia á continuación, y de la presente, devuélvasele al Registrador de la Propiedad de aquella ciudad, á los efectos que procedan.

Jueces concurrentes: Sres. Hernández, Figueras, Mac Leary y Wolf.